1028

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. BUSSART, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00271-5, H. John Hall, J., entered October 22, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Hunt, JJ.

*In the Matter of the Marriage of* MARY ANN REYNOLDS, *Respondent,* and LARRY SEWALL REYNOLDS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-3-00683-7, Leonard W. Kruse, J., entered October 17, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. TROY ANDREW HOLLENBAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04058-6, Karen L. Strombom, J., entered November 4, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Houghton, J.

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH ROSE LAVALLIE, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 97-8-00120-1, Thomas Majhan, J. Pro Tem., entered December 16, 1997. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.